**Roosevelt Maurice HOGG,
Plaintiff–Appellant,**

v.

**COX, NDOC Director; et al.,
Defendants–Appellees.**

No. 15-16465

United States Court of Appeals,
Ninth Circuit.

Submitted July 26, 2016 *

FILED August 05, 2016

Roosevelt Maurice Hogg, Pro Se

Before: SCHROEDER, CANBY, and
CALLAHAN, Circuit Judges.

MEMORANDUM **

Roosevelt Maurice Hogg, a Nevada
state prisoner, appeals pro se from the
district court's judgment dismissing his 42
U.S.C. § 1983 action alleging federal and
state law claims arising out of his classifi-
cation as a sex offender. We have jurisdic-
tion under 28 U.S.C. § 1291. We review de
novo a district court's dismissal for failure
to state a claim under 28 U.S.C. § 1915A.
*Resnick v. Hayes*, 213 F.3d 443, 447 (9th
Cir. 2000). We reverse and remand.

Although the district court properly dis-
missed Hogg's due process claim because
Hogg failed to allege facts sufficient to
show that his classification as a sex offend-
er implicated a liberty interest and that he
was denied procedural due process protec-
tions prior to his classification, the district
court abused its discretion in dismissing
Hogg's complaint without a single oppor-
tunity to amend. *See Lopez v. Smith*, 203
F.3d 1122, 1130–31 (9th Cir. 2000) (setting
forth standard of review and explaining
that leave to amend should be granted if it
appears at all possible that a pro se plain-
tiff can correct the defect in the pleading);
*see also Neal v. Shimoda*, 131 F.3d 818,
830–31 (9th Cir. 1997) (explaining that
"the stigmatizing consequences" of a sex
offender classification "coupled with the
subjection of the targeted inmate to a
mandatory treatment program whose suc-
cessful completion is a precondition for
parole eligibility" is a liberty interest re-
quiring procedural protection and setting
forth procedural due process require-
ments). Accordingly, we reverse the judg-
ment and remand to the district court to
give Hogg an opportunity to file an
amended complaint.

All pending motions and requests are
denied.

**REVERSED and REMANDED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36-3.